UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:09-00267 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| ANDREW LONG | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Early Termination Of Probation (Docket No. 60), through which the Defendant requests that the Court terminate the balance of his probationary term. The Motion indicates that the Defendant is in compliance with the conditions of probation, and has satisfied his restitution obligations. (Docket Nos. 60-1, 60-2, 60-3). Defendant cites Paragraph 12(c) of the Plea Agreement in this case (Docket No. 34), which indicates that the Government will not oppose early termination of probation should the Defendant pay in full his restitution and child support obligations. The Motion also indicates that the Government and the Probation Office are not opposed to early termination.

The Motion is GRANTED, pursuant to 18 U.S.C. § 3564(c). Accordingly, the balance of Defendant's probationary term is terminated.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE